UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYE SALON, LLC,

    Plaintiff,                        Case No. 20-cv-11801
                                           Hon. Matthew F. Leitman

v.

CHUBB INDEMNITY INS. CO., *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

                                                     KINIKIA D. ESSIX
                                                     CLERK OF THE COURT

                                                     By:  s/Kristen MacKay
                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman                          Dated: February 10, 2021
Matthew F. Leitman                             Flint, Michigan
United States District Court

1